IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION


FILED
NOV 1 3 2018
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIA TELLOLOPEZ,<br><br>Defendant. | PO 18-5047-H-JCL<br>Violation Notice:<br>F5362323 M8<br><br><br>PO 18-5058-H-JCL<br>Violation Notice:<br>F5362325 M8<br><br>ORDER |

The United States has moved to dismiss the above-referenced violation notices with prejudice. Accordingly,

IT IS ORDRED that violation notices F5362323 M8 and F5362325 M8 are DISMISSED.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box. 780549, San Antonia, Texas 78278-0549. CVB is directed to enter NC as the disposition code in this matter.

DATED this 13th day of November, 2018

Jeremiah C. Lynch
United States Magistrate Judge

1